## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ELIZZIE OESTRICHER,**

## 08-CV-21581-Gold-McAliley

    **Plaintiff,**

                                    **JUDGE:**
                        **CASE NUMBER:**

**vs.**

**LABORATORY CORPORATION OF AMERICA;**

    **Defendant.**

_____/

## ORIGINAL COMPLAINT
## AND JURY TRIAL DEMAND

Comes now, the Plaintiff, **Ellizie Oestricher** (hereinafter referred to as "the Plaintiff") on behalf of herself and by and through her undersigned counsel, who files this Complaint and Jury Trial Demand against Defendant Laboratory Corporation of America (hereinafter referred to as "**LCA**"), and in support thereof states the following:

1.    This is an action brought by an individual consumer for violations of the Fair Debt Collection Practices Act[1], 15 U.S.C. § 1692 et seq. (hereinafter referred to as "**FDCPA**") and the Florida Consumer Collection Practices Act - FS §559 et seq., (hereinafter referred to as the "**FCCPA**").

2.    Subject matter jurisdiction exists under 28 U.S.C. Section 1331.

---

[1] Any reference to the FDCPA or FCCPA or any part thereof encompasses all relevant parts and subparts thereto.

3.    This action is also brought under Florida state law. These claims are properly before this Court based on supplemental jurisdiction under 28 U.S.C. Section 1367 as the state law claims form part of the same case or controversy as the federal claims as they are based upon substantially similar and overlapping facts.

4.    The Plaintiff is a citizen of the United States of America and a resident of **Broward County**, Florida at all times relevant to this cause of action and residing in this Judicial District.

5.    The Defendant **LCA** regularly uses the United States Mail and/or instrumentalities of interstate commerce in a business the principal purpose of which is the collection of debts and/or regularly collect or attempt to collect debts for other parties. They are a "debt collector" as defined in the FDCPA, 15 U.S.C. § 1692a(6), by attempting to collect an alleged debt using a name other than its own, indicating that a third party is collecting or attempting to collect its debt.

9.    The Plaintiff was injured in a work related accident and filed a claim for Florida Workers' Compensation Benefits pursuant to FS §440 et seq.

10.   As a result of this accident Plaintiff sought and received medical treatment and care for her work related injuries including anesthesia services.

2

## COUNT ONE

# VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## (FDCPA) BY DEFENDANT LCA

11.   Plaintiff repeats and re-alleges and incorporates by reference paragraphs 1 through 10 above as if fully stated herein.

12.   On or about March 20, 2008, Defendant **LCA** attempted to collect a debt in the amount of $648.00 on invoice number 95290365 by sending the Plaintiff a collection letter. The indentifying information at the top of the letter is in large bold red font, not used elsewhere in the letter, and identifies the collector as "LCA Collections" explicitly implying third party involvement. (See Exhibit A)

13.   The debt attempted to be collected by Defendant **LCA** results from treatment received for a compensable workers' compensation injury.

15.   The debt attempted to be collected is a debt as defined under the FDCPA.

16.   Pursuant to 15 U.S.C. §1692f(1), a debt collector may not collect or make any attempt to collect a debt unless such amount is permitted by law.

17.   Pursuant to 15 U.S.C. §1692c(a)(2), a debt collector may not contact a consumer after it knows the consumer to be represented by an attorney unless attorney consents or is unresponsive.

3

18. Pursuant to 15 U.S.C. §1692c(c), a debt collector may not contact a consumer after receiving written notification that the consumer refuses to pay the debt, or that consumer wants the collector to cease communication.

19. Pursuant to Florida Statute §440.13(3)(g,i) and 440.13(14)(a-c), an injured worker is not liable for payment for medical treatment or services related to a workers' compensation accident and furthermore a medical provider may not collect nor receive a fee from an injured worker. According to the Act, medical providers have recourse against the employer or insurance carrier only.

20. Defendant **LCA** has further violated F.S. 44.13(14)(a) and (b) by charging fees in excess of the applicable medical fees schedules to the plaintiff.

21. Defendant **LCA** attempted to collect a debt from Plaintiff, in violation of Statute 440.13(3).

22. Defendant **LCA** willfully, recklessly, wantonly and/or negligently ignored and refused to follow the requirements of the FDCPA.

23. All actions taken by employees, agents, servants, or representatives of any type for Defendant **LCA** were taken in the line and scope of such individuals (or entities') employment, agency or representation.

24. All actions taken by Defendant **LCA** were done willfully, and were done with either the desire to harm Plaintiff and/or with the knowledge that

4

their actions would very likely harm Plaintiff and/or that their actions were taken in violation of the FDCPA and/or that they knew or should have known that their actions were in reckless disregard of the FDCPA.

27.   Defendant **LCA** violated the FDCPA. Defendant's violations include, but are not limited to, the following:

(a) Defendant **LCA** violated 15 U.S.C. §1692f(1) by engaging in collection activities on a debt against Plaintiff that is not permitted by law.[2]

(b)   Defendant **LCA** violated 15 U.S.C. §1692c(a)(2) by engaging in prohibited communication practices with the Plaintiff.

(c)   Defendant **LCA** violated 15 U.S.C. §1692c(c) by communicating with the Plaintiff after Defendant received written notification in the form of a Federal lawsuit that Plaintiff refused to pay the debt and wanted the collector to cease communication.

28.   As a result of the above violations of the FDCPA, the Defendant **LCA** is liable for Plaintiff's actual damages, statutory damages, and costs and attorney's fees

---

[2] Chapter 440.13(3) of the Florida Statutes requires all medical bills to be paid by the employer/carrier in a workers' compensation action and bars medical providers from seeking payment from the injured worker.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that judgment be entered against

the Defendant **LCA** for the following:

    a.    Actual Damages pursuant to §1692k(a)(1);

    b.    Statutory damages up to $1000.00 pursuant to
          §1692k(a)(2);

    c.    Attorney's fees, litigation expenses and costs of suit
          pursuant to §1692k(a)(3); and

    d.    For such other and further relief as the Court may deems
          just, equitable, and proper.

### **COUNT TWO**

# **VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA) BY DEFENDANT LCA**

29.   Plaintiff re-alleges and incorporates paragraphs 1 through 10 above as
      if fully stated herein.

30.   That on March 20, 2008 Defendant **LCA** mailed a billing statement
      identifying themselves as "LCA Collections" in the amount of $648.00 on
      invoice number 95290365 to the Plaintiff for services provided in
      conjunction with the workers' compensation injury and subsequent
      treatment and care. (See Exhibit A)

6

31.   That on February 28, 2008 Defendant **LCA** mailed a billing statement in the amount of $648.00 on invoice number 95290365 to the Plaintiff for services provided in conjunction with the workers' compensation injury and subsequent treatment and care.  (See Exhibit B)

32.   That on March 15, 2008 Defendant **LCA** mailed a billing statement in the amount of $255.00 on invoice number 44912326 to the Plaintiff for services provided in conjunction with the workers' compensation injury and subsequent treatment and care.  (See Exhibit C)

33.   That pursuant to Florida Statute §440.13(3)(g,i) and §440.13(14)(a-c), an injured worker is not liable for payment for medical treatment or services related to a workers' compensation accident and furthermore a medical provider may not collect nor receive a fee from an injured worker. According to the Act, medical providers have recourse against the employer or insurance carrier only.

34.   Defendant **LCA** has further violated F.S. §440.13(14)(a) and (b) by charging fees in excess of the applicable medical fees schedules to the plaintiff.

35.   The attempt to collect this debt was unlawful and illegitimate as **LCA** is barred from such right by F.S. §440.13(3) and §440.13(14).

36.   Defendant **LCA** knowingly attempted to collect this alleged debt in violation of FS §440 *et seq.* and as such their conduct was intentional and willful.

7

37.   Defendant **LCA** violated the Florida Consumer Collection Practices Act §559 *et seq.* including, but not limited to, violations of §559.72(9), by attempting to enforce a debt against the plaintiff that it knew was not legitimate in violation of F.S. §440.13(3) and (14), and §559.72(18) by communicating with Plaintiff when Defendant knew Plaintiff was represented by counsel.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendant **LCA** for each separate invoice number that Defendant **LCA** attempted to collect on from Plaintiff for an award of:

a.    Statutory damages;

b.    Attorney's fees, litigation expenses and costs of suit;

c.    Such other relief the Court deems just, equitable and proper, including punitive damages and equitable relief.

## JURY DEMAND

Plaintiff is entitled to and hereby demands a trial by jury.

DATED this 29th day of May, 2008.

Respectfully Submitted by,

**FAIR CREDIT LAW GROUP, LLC**
3389 Sheridan Street,

8

Suite 245
Hollywood, FL 33021
Tel: 954-334-7670
Fax: 954-334-7668

Filed by:    Paul A. Herman, Esq
             FL Bar #405175
             Joel A. Brown, Esq
             FL Bar #0066575

Attorneys for the Plaintiff

9

# EXHIBIT A

# LCA COLLECTIONS

## PAST DUE

A Division of Laboratory Corporation of America

TAX ID# : 84-0611484
735470221880

| | |
|---|---|
| PATIENT: | ELIZZIE OETRICHER |
| INVOICE DATE: | 03/20/08 |

#BWNDJPN * * * 5-DIGIT  33009
#009529036502#
|ı|ıı|ıı||ıı|ıı||ıı|ııı||ı|ıı|ıı|ıı|ı||ı|ıı|ıı|ı|
ELIZZIE  OETRICHER
302 NW 3RD AVE
HALLANDALE BEACH, FL  33009-3368

| YOUR INVOICE # :<br>FACTURA : | 95290365 |
|---|---|
| AMOUNT DUE : | $648.00 |

DATE OF SERVICE:  12/20/07
TEST REQUESTED BY:  MUNIM,AMJAD D/B/A PULMONARY &

## Past Due Notice

The above charge is for laboratory work requested by your physician on your behalf.  These charges were not included in your doctor's bill to you.  Please contact us today at 1-800-845-6167 so that further collection activity will not be necessary.

If you think a discrepancy exists, please call immediately.  Failure to send payment, or to respond to this letter, will indicate that the debt is due and collection efforts will proceed.

If you wish to pay by credit card or have any questions regarding this matter, please call us immediately.  A service representative can help you resolve your account and avoid further collection activity.

If a payment has recently been made, please accept our thanks.

Thank you for your anticipated cooperation.

IMPORTANTE:  Su cuenta esta vencida.  Tenemos agentes bilingues disponibles para asistirle. Llamenos ahora para resolver su situacion.

**  CALL BETWEEN 8:00AM - 5:00PM MON-FRI, EASTERN TIME **  1-800-845-6167

302 NW 3RD AVE
HALLANDALE BEACH, FL 33009-3368

FOR PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT

PLEASE DO NOT SEND CASH

FOR: ELIZZIE  OETRICHER

MAKE CHECK OR MONEY ORDER PAYABLE TO:

LCA
P.O. BOX 2240
BURLINGTON, NORTH CAROLINA  27216-2240

TERMS PAYABLE ON RECEIPT

| YOUR INVOICE NO. |
|---|
| 95290365 |
| PAY THIS AMOUNT |
| $648.00 |

| WEB PAYMENT OPTIONS<br>ARE AVAILABLE AT: |
|---|
| www.labcorp.com/billing |

REHCIRTEO*LE****   73547022   1880****   3   0648007

# EXHIBIT B

# LabCorp
Laboratory Corporation of America

**Laboratory Bill**

**PAST DUE NOTICE**

TAX ID# : 84-0611484
735470221880
www.labcorp.com/billing

| Your Invoice #: (Factura): | 95290365 |
|---|---|
| **Amount Due:** | **$648.00** |

#BWNDJPN * * * 5-DIGIT 33009
#009529036502#

ELIZZIE OETRICHER
302 NW 3RD AVE
HALLANDALE BEACH, FL 33009-3368

Patient Name: ELIZZIE OETRICHER
Invoice Date: 02/28/08

**Test requested by:**
MUNIM,AMJAD D/B/A PULMONARY &
1820 E. COMMERCIAL BLVD
FORT LAUDERDALE, FL 33308

### Important Notice
THIS BILL IS FOR LABORATORY SERVICES REQUESTED BY YOUR PHYSICIAN. PAYMENT IN FULL IS EXPECTED UPON RECEIPT OF THIS INVOICE. THANK YOU FOR ALLOWING US TO SERVE YOU. * SEE THE BACK FOR CREDIT CARD AND INSURANCE OPTIONS *

## Summary of Activity

| Date of Service | Description | Charges | Adjustments | Medicare/ Medicaid Paid | Insurance Paid | Patient Paid | You Pay |
|---|---|---|---|---|---|---|---|
| 12/20/07 | Allergens, Zone 5 | 648.00 | | | | | 648.00 |
| | Web payment and insurance filing options are available at: www.labcorp.com/billing or 800-845-6167 | 648.00 | | | | | **$648.00** |

*If you received an Explanation of Benefits from your insurance company, and the patient responsibility is less than the amount of this bill, please pay the lesser amount. Call our Customer Service Department at 800-845-6167 with any questions. Only your doctor can answer questions concerning diagnosis and results.*

TEST PERFORMED BY: LABCORP BURLINGTON 1447 YORK COURT BURLINGTON, NC 27215

**We accept the following credit cards:**    

Insurance and credit card payment information is located on the back of this invoice. For proper credit, return the below portion with payment.

ELIZZIE OETRICHER
302 NW 3RD AVE
HALLANDALE BEACH, FL 33009-3368

DO NOT SEND CASH
Make check or money order payable to:

Laboratory Corporation of America Holdings
P.O. Box 2240
Burlington, North Carolina 27216-2240

| Your Invoice #: (Factura): | 95290365 |
|---|---|
| **Amount Due:** | **$648.00** |

REHCIRTEO*LE**** 73547022 1880**** 2 0648007

# EXHIBIT C

# LabCorp
Laboratory Corporation of America

**Laboratory Bill**

TAX ID# : 84-0611484
804270229850
www.labcorp.com/billing

## DUE UPON RECEIPT

| | |
|---|---|
| Your Invoice #: (Factura): | **44912326** |
| **Amount Due:** | **$255.00** |

#BWNDJPN * * * 5-DIGIT 33009
#004491232601#

ELIZZIE OETRICHER
632 NW 1ST ST APT 405
HALLANDALE BEACH, FL 33009-4139

Patient Name:   ELIZZIE OETRICHER
Invoice Date:   03/15/08

**Test requested by:**
MUNIM,AMJAD D/B/A PULMONARY &
1820 E. COMMERCIAL BLVD
FORT LAUDERDALE, FL 33308

### Important Notice

THIS BILL IS FOR LABORATORY SERVICES REQUESTED BY YOUR PHYSICIAN. PAYMENT IN FULL IS EXPECTED UPON RECEIPT OF THIS INVOICE. SEE THE BACK FOR CREDIT CARD AND INSURANCE OPTIONS. TENEMOS AGENTES BILINGUE DISPONIBLES PARA ASISTIR.

### Summary of Activity

| Date of Service | Description | Charges | Adjustments | Medicare/ Medicaid Paid | Insurance Paid | Patient Paid | You Pay |
|---|---|---|---|---|---|---|---|
| 02/11/08 | Immunoglobulins A/E/G/M, Serum | 255.00 | | | | | 255.00 |
| | Web payment and insurance filing options are available at: www.labcorp.com or 800-845-6167 | 255.00 | | | | | **$255.00** |

*If you received an Explanation of Benefits from your insurance company, and the patient responsibility is less than the amount of this bill, please pay the lesser amount. Call our Customer Service Department at 800-845-6167 with any questions. Only your doctor can answer questions concerning diagnosis and results.*

TEST PERFORMED BY:  LABCORP TAMPA  5610 W LASALLE STREET  TAMPA, FL  33607

**We accept the following credit cards:**       Insurance and credit card payment information is located on the back of this invoice. For proper credit, return the below portion with payment.

---

ELIZZIE OETRICHER
632 NW 1ST ST APT 405
HALLANDALE BEACH, FL 33009-4139

DO NOT SEND CASH
Make check or money order payable to:

**Laboratory Corporation of America Holdings**
**P.O. Box 2240**
**Burlington, North Carolina 27216-2240**

| | |
|---|---|
| Your Invoice #: (Factura): | **44912326** |
| **Amount Due:** | **$255.00** |

REHCIRTEO*LE****   80427022   9850**** 1   0255006

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

ELIZZIE OESTRICHER

**(b)** County of Residence of First Listed Plaintiff  MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

FAIR CREDIT LAW GROUP (PAUL A HERMAN, JOEL A BROWN) 3389 SHERIDAN STREET #245, HOLLYWOOD, FL 33021

## DEFENDANTS

LABORATORY CORPORATION OF AMERICA

County of Residence of First Listed Defendant   MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

✓ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

*1:08CV 21581-Gold-maliley*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

✓ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Re-filed- (see VI below)
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO     b) Related Cases ☐ YES ☐ NO

JUDGE                            DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

15 USC 1692 et seq (FDCPA)

LENGTH OF TRIAL via  TWO  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  5/30/08

FOR OFFICE USE ONLY

AMOUNT  350.00    RECEIPT #         IFP

543288